March 27, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

HUNTER BUILDINGS & MANUFACTURING, L.P., HUNTER BUILDINGS, L.L.C., HUNTER BUILDINGS INTERNATIONAL, L.L.C., BBG GROUP, L.L.C., MILO NICKEL, AND THOMAS MICHAEL LEBLANC, Appellants

NO. 14-12-00246-CV            V.

MBI GLOBAL, L.L.C., Appellee

———————————————————

        This cause, an appeal from the judgment, signed on December 9, 2011 ("Judgment"), which contains nine paragraphs, was heard on the transcript of the record. We have inspected the record and conclude that the trial court erred in rendering judgment in favor of appellee MBI GLOBAL, L.L.C. and that the trial court should have rendered judgment that appellee MBI GLOBAL, L.L.C. take nothing against all defendants in the trial court below. To remedy the error in the Judgment, we order that the second, third, fifth, sixth, and seventh paragraphs of the Judgment are **REVERSED**, and we **RENDER** judgment that appellee MBI GLOBAL, L.L.C. take nothing by its claims against HUNTER BUILDINGS & MANUFACTURING, L.P., HUNTER BUILDINGS, L.L.C., HUNTER BUILDINGS INTERNATIONAL, L.L.C., BBG GROUP, L.L.C., MILO NICKEL, AND THOMAS MICHAEL LEBLANC. We order that the first, fourth, eighth, and ninth paragraphs of the Judgment are **AFFIRMED**. We further order that all costs incurred by reason of this appeal be paid by appellee MBI GLOBAL, L.L.C. We further order this decision certified below for observance.